DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD R. THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-553

[May 28, 2020]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472014CF000744A.

Edward R. Thomas, Malone, pro se.

No appearance required from appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and KLINGENSMITH, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***